```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34891
    ELLIS VAUGHN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4440


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/20/2004 and was confirmed 12/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  33.66% from remaining funds.

     The case was paid in full 09/16/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
 ARONSON FURNITURE          SECURED              100.00         5.96         100.00
 ARONSON FURNITURE          UNSECURED OTH        390.73          .00         131.32
 CREDIT UNION ONE           SECURED            10900.00       930.12       10900.00
 CREDIT UNION ONE           UNSECURED          12800.44          .00        4308.88
 ACTION CARD                UNSECURED         NOT FILED          .00             .00
 ALLIED INTERSTATE          UNSECURED         NOT FILED          .00             .00
 BALLY TOTAL FITNESS        UNSECURED         NOT FILED          .00             .00
 CAPITAL ONE BANK           UNSECURED            379.50          .00         127.75
 CAPITAL ONE BANK           UNSECURED            567.91          .00         191.17
 CAPITAL ONE BANK           UNSECURED            398.50          .00         134.14
 CAPITAL ONE BANK           UNSECURED            387.38          .00         130.40
 CORTRUST BANK              UNSECURED         NOT FILED          .00             .00
 ROUNDUP FUNDING LLC        UNSECURED OTH        781.63          .00         275.13
 DIVERSIFIED COLLECTION S   UNSECURED         NOT FILED          .00             .00
 FINGERHUT                  UNSECURED         NOT FILED          .00             .00
 FIRST NATIONAL CARD SERV   UNSECURED         NOT FILED          .00             .00
 ROUNDUP FUNDING LLC        UNSECURED OTH        698.56          .00         234.08
 ECAST SETTLEMENT CORP      UNSECURED OTH       1171.52          .00         392.57
 ASSET ACCEPTANCE CORP      UNSECURED OTH       1256.93          .00         421.18
 ORCHARD BANK               UNSECURED         NOT FILED          .00             .00
 RESURGENT ACQUISITION LL   UNSECURED OTH       2446.78          .00         819.89
 SILVERLEAF RESORTS         UNSECURED           3296.96          .00        1109.82
 ROUNDUP FUNDING LLC        UNSECURED            564.38          .00         189.98
 ROUNDUP FUNDING LLC        UNSECURED            489.17          .00         164.66
 ECAST SETTLEMENT CORP      UNSECURED OTH       1366.79          .00         458.00
 ECAST SETTLEMENT CORP      UNSECURED OTH        780.11          .00         261.40
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        1,605.20                    1,605.20
 TOM VAUGHN                 TRUSTEE                                        1,408.36
 DEBTOR REFUND              REFUND                                           265.82

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 34891 ELLIS VAUGHN
```

```
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   24,565.83

PRIORITY                                               .00
SECURED                                          11,000.00
    INTEREST                                        936.08
UNSECURED                                         9,350.37
ADMINISTRATIVE                                    1,605.20
TRUSTEE COMPENSATION                              1,408.36
DEBTOR REFUND                                       265.82
                          ---------------    ---------------
TOTALS                    24,565.83               24,565.83
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/22/08         _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                              PAGE   2
         CASE NO. 04 B 34891 ELLIS VAUGHN